UNITED STATES of America, Appellee,

v.

Toby EDWARD Carter, Appellant.

No. 04–1539.

United States Court of Appeals, Eighth Circuit.

Submitted: July 26, 2004.

Decided: July 28, 2004.

Claude Shackelford Hawkins, Jr., U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Toby Edward Carter, #00462–112, Oakdale, LA, for Defendant–Appellant.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Toby Edward Carter appeals the sentence the district court[*] imposed after revoking Carter's supervised release. The district court sentenced Carter to 7 months in prison, followed by a 28–day residential substance-abuse-treatment program, and then 24 months additional supervised release. For the first time on appeal, Carter argues the district court was not authorized to impose the additional supervised release because 18 U.S.C. § 3583(h) was enacted after he committed the offenses underlying his original convic-

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

* The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

tion. We conclude the district court did not commit plain error in ordering supervised release because while section 3583(h) does not apply retroactively to Carter's case, at the time of his offense 18 U.S.C. § 3583(e)(3) authorized the court to impose the challenged sentence. *See Johnson v. United States,* 529 U.S. 694, 702, 713, 120 S.Ct. 1795, 146 L.Ed.2d 727 (2000). We thus affirm the judgment of the district court, and we also grant counsel's motion to withdraw.